IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00764-ZLW-BNB

DARRELL KEMPFERT,

    Plaintiff,

v.

MBNA AMERICA BANK N.A.,
WOLPOFF & ABRAMSON L.L.P.,
KELLY E. MacBETH, ESQ.,
JANE DOE,
JOHN DOE,
ONE UP,

    Defendants.

---

### ORDER OF DISMISSAL

---

    It is ORDERED that Plaintiff's Motion For Voluntary Dismissal is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed without prejudice.  It is

FURTHER ORDERED that the Order To Show Cause is discharged.

DATED at Denver, Colorado, this __5__ day of July, 2006.

                BY THE COURT:

                *[signature: Zita L. Weinshienk]*
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court